IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHAMUS WRIGHT, SR.,
and KENTOINE PENMAN,

    Plaintiffs,

v.                                                          No. 2:18-cv-01126-WJ-KRS

HOBBS POLICE DEPARTMENT OFFICERS
KEVIN MARTINEZ, RUBEN GASTELUM,
and JUAN JAIMES,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on January 28, 2019 the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan (Doc. 10), and adopted it as modified on the record and set forth in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE