# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**SHAMUS WRIGHT, SR.,** and
**KENTOINE PENMAN,**

    Plaintiffs,

vs.                                                                                                          CIV-18-01126 WJ/KRS

**OFFICER KEVIN MARTINEZ,**
a Hobbs Police Department officer;
**OFFICER RUBEN GASTELUM,**
a Hobbs Police Department officer; and
**OFFICER JUAN JAIMES,**
a Hobbs Police Department Officer,

    Defendants.

## STIPULATED ORDER GRANTING
## UNOPPOSED MOTION TO AMEND THE JANUARY 30, 2019
## SCHEDULING ORDER BY EXTENDING PRETRIAL DEADLINES FOR 60 DAYS

    **THIS MATTER** came before the Court on Defendants' Unopposed Motion to Amend the January 20, 2019 Scheduling Order by Extending the Pretrial Deadlines for 60 Days [Doc. 42]. This Court has reviewed the Unopposed Motion and arguments made and considered that all the parties agreed to the Motion. Accordingly, this Court finds there is good cause for the proposed amendment. According the Unopposed Motion to Amend the January 20, 2019 Scheduling Order by extending the Pretrial Deadlines for 60 Days [Doc. 42] is well taken and should be granted.

    **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

    A.    The Unopposed Motion to Amend the January 20, 2019 Scheduling Order by extending the Pretrial Deadlines for 60 Days is **GRANTED**;

B. The deadlines set forth in the Scheduling Order [Doc. 28], are **VACATED**;

C. The termination of discovery has been extended to September 27, 2019;

D. The deadline for submission of motions relating to discovery is extended to October 25, 2019;

E. The deadline for submission of all other motions, including dispositive and *Daubert* motions is extended to November 15, 2019;

F. The deadline for Plaintiff to provide their portion of the Pretrial Order to Defendants has been extended to December 30, 2019; and

G. The deadline for Defendants to submit the Pretrial Order to Court has been extended to January 6, 2020.

_____
The Honorable Kevin R. Sweazea
United States Magistrate Judge