UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| SHAMUS WRIGHT, SR., et al., | ) |
| --- | --- |
| Plaintiffs, | ) |
| vs. | ) NO.: 2:18-CV-01126-WJ-KRS |
| OFFICER KEVIN MARTINEZ, et al., | ) |
| Defendants. | ) |

## ORDER

**THIS MATTER** came before the Court on Defendants' Motion to Stay Proceedings (ECF 64). The Court has reviewed the Motion and arguments made, Plaintiffs have withdrawn their opposition (ECF 67), and considered that all the parties now agree to the stay of these proceedings. Accordingly, this Court finds that Defendants' Motion to Stay Proceedings (ECF 64) is well taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

1. This case shall be stayed, pending the outcome of the criminal proceedings currently pending against Kentoine Penman, Fifth Judicial District Court, Lea County, NM, Case No. D-506-CR-2018-643 and Shamus Wright, Fifth Judicial District Court, Lea County, NM, Case No. D-506-LR-2018-00067 ; and

2. Counsel for Plaintiffs shall notify the Court within thirty (30) days of the resolution of all criminal proceedings related to the above captioned cases, to reinstate this case to the docket.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**KENNEDY KENNEDY & IVES**

*/s/ Joseph P. Kennedy*
Joseph P. Kennedy
Shannon L. Kennedy
Laura Schauer Ives
Erin L. Chavez
*Attorneys for Plaintiffs*
1000 2nd Street NW
Albuquerque, NM 87102
505-244-1400 / F: 505-244-1406
jpk@civilrightslaw.com
slk@civilrightslaw.com
lsi@civilrightslaw.com
elc@civilrightslaw.com

Approved by:

**MAZANEC, RASKIN, & RYDER CO., L.P.A.**

*/s/ David M. Smith*
David M. Smith
John T. McLandrich
Todd M. Raskin
*Attorneys for Defendants*
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
440-248-7906 / F: 440-248-8861
dsmith@mrrlaw.com
jmclandrich@mrrlaw.com
traskin@mrrlaw.com