IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHAMUS WRIGHT, Sr., and
KENTOINE PENMAN,

    Plaintiffs,

v.                                                   Civ. No. 2:18-1126 MIS/KRS

OFFICER KEVIN MARTINEZ,
OFFICER RUBEN GASTELUM,
OFFICER JUAN JAIMES,

    Defendants.

## ORDER LIFTING STAY

    THIS MATTER is before the Court on the parties' Joint Status Report, (Doc. 82), filed May 3, 2023.  This case was stayed on November 5, 2019, pending the outcome of related criminal proceedings in the state courts.  (Doc. 68).  The parties state that the state proceedings are now sufficiently resolved and agree that the stay of this case may now be lifted and a scheduling conference may be set.

    IT IS THEREFORE ORDERED that the stay of this case is LIFTED, and the Court will set a scheduling conference by separate Order.

    IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE